**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

April Denise Legree, Appellant.

Appellate Case No. 2015-002225

———————————

Appeal From Sumter County
Howard P. King, Circuit Court Judge

———————————

Unpublished Opinion No. 2016-UP-466
Submitted October 1, 2016 – Filed November 9, 2016

———————————

**APPEAL DISMISSED**

———————————

Appellate Defender Robert M. Pachak, of Columbia, for Appellant.

Matthew C. Buchanan, of South Carolina Department of Probation, Parole & Pardon Services, of Columbia, for Respondent.

———————————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF and SHORT, JJ., and MOORE, A.J., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.